NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3156

KIMBERLY DENSON,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

George C. Nicols, Attorney at Law, PLLC, of Jackson, Mississippi, argued for petitioner.

Kenneth M. Dintzer, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Franklin E. White, Jr., Assistant Director, and Scott A. MacGriff, Trial Attorney.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3156

KIMBERLY DENSON,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

# Judgment

ON APPEAL from the Merit Systems Protection Board

in CASE NO(S). AT0752080612-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

 Per Curiam (GAJARSA, PLAGER and LINN, <u>Circuit Judges</u>).

   AFFIRMED. <u>See</u> Fed. Cir. R. 36.

      ENTERED BY ORDER OF THE COURT

DATED <u>November 12, 2009</u>  <u>/s/ Jan Horbaly</u>
       Jan Horbaly, Clerk